RECEIVED
FEB 1 9 2013
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Broadcast Music, INC. et al

Daune R young, individually
and dba Down Under

Case no. 4:13- cv -35 SPM

@ February 19th . 2013

MEMORANDUM FOR CLERK

Motion for extension of time

I am requesting a 2 week to 30 day extension or to respond
due to lack of time to review the facts of information
pertaining to the law suit. I need more time to
prepare my case to understand all the allegations.
that have been filed against me.

Daune R young

Certificate of Service

I certify that a copy of the foregoing pleading was sent
via first class mail to Eric M. Walter
          100 S fourth Street
          Suite 500
          St. Louis, MO. 63102

Daune R young

Please circle which applies:   (Pro se) (Attorney for) Plaintiff

(Pro se) (Attorney for) Defendant

Daune R young

DAWNE R. YOUNG